An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MICHAEL STEVE COX,<br>Petitioner,<br>vs.<br>THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CARSON CITY; AND THE HONORABLE JAMES TODD RUSSELL, DISTRICT JUDGE,<br>Respondents. | No. 58292<br><br>**FILED**<br><br>JUN 1 3 2013<br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY<br>CHIEF DEPUTY CLERK |
| MICHAEL STEVE COX,<br>Petitioner,<br>vs.<br>THE SEVENTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WHITE PINE,<br>Respondent. | No. 60404 |
| MICHAEL STEVE COX,<br>Petitioner,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK,<br>Respondent. | No. 60406 |
| MICHAEL STEVE COX,<br>Petitioner,<br>vs.<br>THE SEVENTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WHITE PINE,<br>Respondent. | No. 60407 |
| MICHAEL STEVE COX,<br>Petitioner,<br>vs.<br>THE SEVENTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WHITE PINE,<br>Respondent. | No. 60409 |

 

MICHAEL STEVE COX,
Petitioner,
vs.
THE SEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF WHITE PINE,
Respondent.

No. 62079

MICHAEL STEVE COX,
Petitioner,
vs.
THE SEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF WHITE PINE,
Respondent.

No. 62080

## ORDER DENYING WRIT PETITIONS

These are seven original proper person petitions for extraordinary relief. The petitions are not consolidated.

Having considered these petitions and supporting documents, we conclude that petitioner's arguments lack merit and that our intervention by way of extraordinary relief is not warranted. Accordingly, we deny the petitions. NRAP 21(b)(1); NRAP 21(c).

Additionally, as demonstrated by the this order, petitioner has filed numerous meritless proper person petitions in this court seeking extraordinary writ relief and has further filed a number of similarly meritless appeals in this court. *See Cox v. McDaniel,* Docket No. 60056, *Cox v. McDaniel,* Docket No. 60151, *Cox v. Bannister,* Docket No. 60637, *Cox v. State,* Docket No. 61322. We caution appellant that continued filing of such meritless petitions and appeals may result in restrictions on his ability to file papers in this court in forma pauperis. *See Jordan v. State, Dept. of Motor Vehicles & Pub. Safety,* 121 Nev. 44, 110 P.3d 30 (2005),

*abrogated on other grounds by Buzz Stew, LLC v. City of N. Las Vegas*, 124 Nev. 224, 181 P.3d 670 (2008).

It is so ORDERED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. James Todd Russell, District Judge
Michael Steve Cox
Attorney General/Carson City
Carson City Clerk
White Pine County Clerk
Eighth District Court Clerk

---

[1]In each of these writ petitions, this court has received petitioner's requests for leave to proceed in forma pauperis. We direct the clerk of this court to file the May 17, 2011, and the June 28, 2011, motions in Docket No. 58292; the March 19, 2012, motion in Docket No. 60404; the March 19, 2012, motion in Docket No. 60406; the March 19, 2012, motion in Docket No. 60407; the March 19, 2012, motion in Docket No. 60409; the November 20, 2012, motion in Docket No. 62079; and the November 20, 2012, motion in Docket No. 62080. Because petitioner was granted leave to proceed in forma pauperis in each of these writ petitions, no action is required on these motions.